465 A.2d 636

**COMMONWEALTH of Pennsylvania**

v.

**Joseph Anthony HINES, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 28, 1983.

Decided Sept. 22, 1983.

Leon W. Tucker, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div. Asst. Dist. Atty., Leslie Sudock, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER OF THE COURT

PER CURIAM.

This is a direct appeal from a Philadelphia Court of Common Pleas judgment of sentence for voluntary manslaughter and possessing an instrument of crime. Appellant's contentions are: (1) his signed statement made to police should have been suppressed as involuntary; (2) the Commonwealth failed to establish that the statement recorded by one police officer was identical to the statement read to appellant by a second police officer before appellant signed it; and (3) the evidence was insufficient to support a voluntary manslaughter verdict. We have reviewed the record in this case and find appellant's contentions lack merit.

Judgment of sentence affirmed.